**FULL NAME:** Morris Day aka
**COMMITTED NAME (if different):** Rickey Louis Alford
**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** 10728 South Central Avenue
Los Angeles, CA 90059
**PRISON NUMBER (if applicable):** Cell 1-661-744-6651
-(213)271-0653

FILED
CLERK, U.S. DISTRICT COURT
JAN 25 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Related DDS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Morris Day aka
Rickey Louis Alford
PLAINTIFF,

v.

Michel Moore
L.A. Police chief
DEFENDANT(S).

**CASE NUMBER:** CV23-597-AB(AS)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☐ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

A survielance by the L.A.PD and Sheriff Dept over many Civil Right Complaint & Fed Habeas Corpus 42 USC 1983 & 28 USC 2254, and as a retaliation, harassment, many problems: it appears as Ku Klux klans or Neo Nazis' are constantly Tracing and Tracking my cellulars (213)271-0653, new cell 1-661-744-6651, and as a result $2,300.00 was embezzled by way of 18 USC sec. 1030 credit card from, from the Debit Card-Mastercard; United States vs. Soybel, C.A. 7 (Ill) 2021, 13 F.4th 584, cert den, 142 S.Ct 835, Search and Seizure WK-1475

a. Parties to this previous lawsuit:
   Plaintiff **Morris Day aka Rickey Louis Alford**

   Defendants **Andre Birotte Jr. USDist Judge**

b. Court **US District Court, Central District of California**

c. Docket or case number **22-CV-08196 / 22-CV-08201**

d. Name of judge to whom case was assigned **MWF — JEM**

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: **Andre Birotte Jr. enemy to Morris Day, Times-Warner, Boston Celtics - Utah Jazz both team I own through Sony & Apple Electric Inc**

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☐ No

   If your answer is no, explain why not **Birotte & Sagar USDist Judges in Treason, Art.11, section 4, 18USC2381, attacked Times-Warner, all TVs as with Univision-Telemuda Sony - Apple Electronic, Inc.**

3. Is the grievance procedure completed? ☐ Yes  ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Rickey L Alford aka Morris Day**
(print plaintiff's name)

who presently resides at **10728 S. Central Avenue, L.A. Calif 90059**,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____
(institution/city where violation occurred)

Illegal Surveillance
illegal Trace-ing                                              Stored Communication Act

on (date or dates) __18 USC 3117-21__, __18 USC sec. 1030__, __18 USC 2703__.
         (Claim I)    (Claim II)    (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Michel Moore__ resides or works at
(full name of first defendant)
__145 West 108th street, L.A. Calif 90061__
(full address of first defendant)
__Chief of Police__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
__Fourth Amendment US Const., U.S. vs. Mojica, 863 F.3d 727, 731 (7th Cir. 2017 / 13 F.4th at 580__

2. Defendant __John Doe,__ resides or works at
(full name of first defendant)
__145 West 108th Street, L.A. CA 90061__
(full address of first defendant)
__L.A. Police handling 290 Sex Registration__
(defendant's position and title, if any) __Wesrday & Tuedays__

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
__It appears to be Sex Trafficing harassment with China & Asian Countries — homeless from China__

3. Defendant __Gasca #37176__ resides or works at
(full name of first defendant)
__145 West 108th Street, L.A. Calif 90061__
(full address of first defendant)
__Sergeant L.A Police__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
__Sex Trafficing as a homosexual Transsexual, Transgender__

4. Defendant __Hernandez # 2024__ resides or works at
(full name of first defendant)
__145 West 108th Street, L.A. Calif 90061__
(full address of first defendant)
__L.A. Police__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
Ku Klux Klan Neo Nazi Killing scheme to genocide USA citizen in Treason Art.II, sec.4  Title 18 USC sec. 2381-2388

5. Defendant __Magana # 18917__ resides or works at
(full name of first defendant)
__145 West 108th Street, L.A. Cal 90061__
(full address of first defendant)
__L.A. Police__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
Polices are Polio-Leprose a dead deformatory virus in the body killing USA citizens with the biological nuclear weapon, COVID-19, Cellulitis, etc, where a continously survielance on Day/Alford over diseases including preventing Day/Alford from having Social Security Income under 42 USC sec. 1382a (a) SSI fraud lead by the chief of police Michel Moore, commanding and counseling the polices herein named: $12,000.⁰⁰ back-payment fraud lead by Michel Moore in conspiracy with R. Jenkins on Washington Blvd, L.A. Cal, and $7,300 taken off the Debit card as in Foreign Intelligence Survielance Act, 18 USC sec 3121 citing United States v. Soybel, 13 F. 4th 584 (7th Cir 2021) also involving E-mails to Democratic Republic of Congo Africa over Exports of Crude Oil Nigeria-Angola Four billion barrels

**CIVIL RIGHTS COMPLAINT**

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

42 USC sec. 1383 Procedure for payment of benefits (a) Time, manner, form and duration of payments; representation payees; promulgation of regulation CJS Social Security and Public Welfare sec. 200 Supplemental Security Income Payments Sullivan v Evershart. U.S. Colo 1990, 110 S.Ct. 960, 494 U.S. 83, 108 L.Ed.2d 72 on remand 901 F.2d 838 Social Security And Public Welfare West Key - 140.3 Plaintiff was receiving SSI payment starting November 2021, up until he submitted Civil Rights Complaint on the Sheriff Dept, filed December 2021 Docket No. 2:22-cv-07584 Alford v Villanueva; filed September 2021) - see. Day/Alford vs. Andre Birotte Docket No. 2:22-cv-08196 / Day/Alford vs. Docket No. 2:22-cv-08201/ No. CV 21-9483 Civil Right Complaint

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Andre Birotte, Jr and Alka Sagar named in the herein described as animals, mad demons and will not uphold the Bill of Rights, first Ten Constitution (USA), named in many litigation called being in Treason, Art. III, sec. 4 US Const Title 18 US sec. 2381-2388, where perjured statement 18 US sec. 1621-1623 in a conspiracy with SSI payee R. Jenkin, all are frauders and embezzlers, 18 USC 641, 1001; To stop $12,000.00 of back payments, and the $2,300.00 credit Card/Debit Card fraud, 18 USC sec. 1030, Citing U.S. vs. Soybel C.A.7 (JII) 2021 13 F. 4th 584 cert den, 142 S.Ct. 835, Search and Seizure WK-1475

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Based on the Treasonous responce of Alka Sagar see Art.II, sec.4 US Const, but U.S. vs. Claiborne, 727 F.2d 842 (Nev. 1984 Cir) impeachment, removal, Citing United States vs. Hasting, Alcee L., 681 F.2d 706 (11th Cir. 1982) is the same 18 USC 371, 18 USC sec.2) and obstruction of justice, 1503.

Identically to Hasting, Birotte has influenced R. Jenkins over Alford SSI payment in violation of 42 US Sec. 1383, Social Security Income fraud.

Now Birotte U.S. Dist Judge has issued illegal susvielance on Day/Alford cellular where sheriff Dept fies, and L.A. Police Dept as KuKluxKlan Neo-Nazi to attack this writer and prevent from receiving SSI back-payment or to stop Day/Alford from using $12,000.00 back-payments going into his Self-Employments in remanufacturer or rebuilting engines to cars, profiting $20,000/$40,000/$60,000 working on BMWs for starter, expects to work on Rolls Royces, to the Bentley highest price $1.9 Million to Jet Plaines.

Birotte, J. Andre and Alka Sagar, are brain dead, having a disease in the brain and can not in any means of surviving aid or assist in the Self-Employment, Nor my Status with Warner Brothers Record Motion Picture, Sony Apple the Electronic, Inc. — doing Michael Jackson as with Thriller stocks in Sony/Apple and as Morris Day

01/19/2023  
(Date)

Morris Day aka Rudley L Alford  
(Signature of Plaintiff)

Day/Alford vs Villanuevi No. CV21-9483 Civil Rights as to why SSI payee stoped SSI payments May 2022

---

CV-66 (7/97)   **CIVIL RIGHTS COMPLAINT**   Page 6 of 6

*Exhibit-Y to Civil Right Complaint Alford vs michel moore L.A. Police chief*

Morris Day aka
Rickey Louis Alford
10728 South Central Ave
Los Angeles, CA 90059
Cell (213) 271-

Morris Day - Times Warner
60 Columbia Circle
New York, NY 10023
OPSClientService@warnerbros.com

Kinshasa Times
Democratic Republic of Congos
http://www.kinshasatimes.cd/
ministerecard@gmail.com
moyamajoe@gmail.com
ambassade@ambardcusa.org

P.1

Dear Times-Warner / Kinshasa Times Democratic Republic of Congos Africa
   The China, Korea, Japan devil races of Ku Klux Klans Neo-Nazi have attacked me on Jan 12, 2023 with theyer agent Jeffrey Sichaleune, manager A.C. Bilbrew Library, 150 E. El Segunda Blvd, LA. CA°

and the Federal Judges, two of whom are Asians. Day/Alford enemy for life, all Asians, Treason to Blacks, Latinos especially using a biological nuclear weapon, COVID-19 and Cellutitis, affecting yearly 40 million in USA: Fed Judge (Asian) Maame Ewusi-Mensah Frimpong on Day/Alford vs. Andre Birotte, et al Docket No. 2:22-cv-08196 House Negro Ku Klux Klan Neo Nazi, advocating Apartheid genocide of all Africans, and Blacks worldwide

P.2 Then the second Asian KKK Nazi Fed Judge responding, George H. Wu my enemy for life and Kinshasa Times, Democratic Republic of Congos, Africa: Day/Alford vs. Birotte, Docket No 2:22-cv-08201, over the Biological nuclear weapon COVID-19 and Cellutitis, thrillions of Dollars in Crude Oil embargo on all Asians lead by China: No Asians in USA receiving gasoline, cars, gas in homes, effecting Chinatown, and Koreatown in California and USA. This includes all USA slavery court auctions, police

and politicians, Joe Biden leader of KKK Neo Nazi — President of Ku Klux Klan Neo-Nazi, Aparthied genocide practices, brain dead, brain tumon-cancer: A neurological, neuroradiological deadly disease in the brain, related to HIV-AIDS, see, Title 21 USC sec. 321 (h)(2), Clinical Reference Lab, Inc vs. Sullivan, 791 F.Supp 1499 (D Kan 1992) For examination, X-ray machines 791 F.Supp at 1507, 21 USC sec. 321 (h)(2) (1988) (emphasis added; see also 21 C.F.R. section 892.1 (c) (1991) (X-ray machine are device)

P.3   These are devices in which to detect and trace or Trap under 18 USC sec. 3117 Mobile track device: United States, 18 USC sec. 3117, U.S. vs. Ammonsg W.D. Ky 2016 207 F.Supp 3d 732, affirmed 806 Fed Appx 378, 2020 WL 1233426, Search And Seizures West Key - 192.1; United States vs. Kahler, E.D. Mich. 2017, 236 F.Supp 3d 1009, Telecommunty Westkey, sec. 1465

Joe Biden and the white House as well Congress have covered up Crude Oil from Nigeria & Angola who exported four billion barrels

of Oil in (2022); then claims it came from other countries, who no longer have oil, at least to compete with Nigeria & Angola:

We'er dealing with Experts and Diagnostics in many fields, medically as an example, how Asians have hit hispanics-latino with COVID-19. worst then even Europeans: Citing ClinicalReferenceLabs,Inc. 791 F.Supp 1499, dealing with the definition of diognosis:

P.4   I guess Warner Brothers, and Times-Warner, Times Newspapers throughout the Countys of USA, are to over look how diseased HIV-AIDS carriers with neurasylphis STD, homelessness brought to USA by the Asian leader deformed, neurasyphis and a biological weapon, trained to spread COVID-19 and other diseases, Cellutitis, affecting 40 million USA citizens each year:

Dealing with Foreign Countries Democratic Republic of Congos, Africa

being able to track down countries either illegal diseases, to export of Foreign Crude-Oil, Title 30 USC 1 to End

Title 3121, General prohibition on pen register and trap and trace device use; exception;

(a) In general. — Except as provided in this section of a trap and trace device without first obtaining a court order under section 3123 of this title or under the Foreign Intelligence Survielance Act of 1978 (50 USC 1801 et seq.) or an order from a foreign government ~~has determined~~ that is subject to an executive agreement that the Attorney General

P.5 has determined and certfied to Congress satisfies section 2523. Id

United States v. Soybel, C.A.7(Ill) 2021, 13 F.4th 584, cert den, 142 S.Ct. 835, Searches and Seizures West Key- 26; Telecommunication West Key- 1475

In re Certified Question of Law, Foreign Int. Sury. Ct. Rev. 2016, 858 F.3d 591. Telecommunication West Key—1475

After the people of Africa and both North & South America the State & Federal Judges in the USA are Treasonous Cowards, having joined with the Asians, in a conspiracy with China theyer lead to kill and Genocide all Africans as well Americans with not only COVID-19, CELLULITIS diseases which are really FDAs Treason Biological nuclear Weapon used against USA citizens:

P.6

See. Day/Alford vs. Andre Birotte, Jr et al Docket No. 2:22-cv-08201
Docket No. 2:22-cv-08196

Also see the KuKluxKlan/NeoNazi Alka Sagar and Andre Birotte Jr. Docket No. 2:22-cv-05465
Day/Alford vs. Kenneth G. Byrne

01/19/2023                Morris Day aka
                          Rickey L. Alford

Rickey Louis Alford
10728 South Central Avenue
Los Angeles, Calif 90059



MON 23 JAN 2023

Clerk of the Court  (CV)
U.S. District Court
Central District of California
255 East Temple Street
Los Angeles, Calif 90012

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 25 2023
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY